**Opinion issued January 19, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00749-CV

_____

**MICHAEL P. HOLLAND, Appellant**

**V.**

**ROBERT TORRES, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-44198**

---

## MEMORANDUM OPINION

Appellant, Michael P. Holland, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On November 7, 2022, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by December 7, 2022. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.